# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **CARL MAURICE HAYES,** )<br>)<br>**Plaintiff,** )<br>)     No. 3:13-cv-01148<br>**v.** )<br>)     Judge Sharp<br>**SOCIAL SECURITY** )     Magistrate Judge Bryant<br>**ADMINISTRATION,** )<br>)<br>**Defendant.** ) | |

## ORDER

Plaintiff Carl Maurice Haynes filed this action to appeal the Social Security Administration's ("SSA") denial of his request for disability insurance benefits and supplemental security income under Titles II and XVI of the Social Security Act. Plaintiff has filed a motion for judgment on the administrative record (Docket No. 14), to which the SSA has responded (Docket No. 17).

Magistrate Judge Bryant has filed a Report & Recommendation ("R & R") in which he recommends that the Court deny Plaintiff's motion for judgment on the administrative record and the decision of the SSA be affirmed (Docket No. 19). Despite being advised that any objection to the R & R needed to be filed within fourteen days, Plaintiff has filed none.

Having undertaken *de novo* review of the entire matter in accordance with Rule 72 of the Federal Rules of Civil Procedure, including consideration of the administrative record, the Court finds that the R & R is the correct decision and properly applies the governing law. Accordingly, the Court hereby rules as follows:

1) The Report and Recommendation (Docket No. 19) is ACCEPTED and APPROVED;

2) Plaintiff's Motion for Judgment on the Administrative Record (Docket No. 14) is

DENIED; and

3) This case is DISMISSED.

The Clerk of the Court shall enter judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE